Opinion issued June
14, 2012.








 



 

 

 

 









 








 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-12-00136-CV

____________

 

SSC ENTERPRISES, LLC, Appellant

 

V.

 

AVBUY, LLC, SENTIENT FLIGHT GROUP, LLC, AND EPIC
AVIATION LLC, Appellees

 

 

 



On Appeal from the 127th District Court 

Harris County, Texas

Trial Court Cause No. 2011–28185

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed January 25, 2012.  On March 19, 2012, the parties filed an agreed
motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  No opinion has
issued.

The motion is granted and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot.  The Clerk is directed to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P.
18.1.

                                                  PER CURIAM

 

Panel consists of
Justices Higley, Sharp, and Huddle.